# In the United States Court of Federal Claims
**OFFICE OF SPECIAL MASTERS**
No. 21-2241V
UNPUBLISHED

| | |
|---|---|
| BRIAHNA BRYANT, | Chief Special Master Corcoran |
| Petitioner, | |
| v. | Filed: November 14, 2022 |
| SECRETARY OF HEALTH AND HUMAN SERVICES, | Special Processing Unit (SPU); Ruling on Entitlement; Concession; Table Injury; Influenza (Flu); Shoulder Injury Related to Vaccine Administration (SIRVA). |
| Respondent. | |

*David John Carney*, Green & Schafle LLC, Philadelphia, PA, for Petitioner.

*Mark Kim Hellie*, U.S. Department of Justice, Washington, DC, for Respondent.

## RULING ON ENTITLEMENT[1]

On December 1, 2021, Briahna Bryant filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. § 300aa-10, *et seq.*[2] (the "Vaccine Act"). Petitioner alleges that she suffered from a right shoulder injury related to vaccine administration ("SIRVA") as a result of an influenza ("flu") vaccine administered on December 5, 2018. Petition at 1. The case was assigned to the Special Processing Unit of the Office of Special Masters.

On November 7, 2022, Respondent filed his Rule 4(c) report in which he states that he does not contest that Petitioner is entitled to compensation in this case. Respondent's Rule 4(c) Report at 1. Specifically, Respondent states that Petitioner has satisfied the criteria set forth in the Vaccine Injury Table ("Table") and the Qualifications

---

[1] Because this unpublished Ruling contains a reasoned explanation for the action in this case, I am required to post it on the United States Court of Federal Claims' website in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2012) (Federal Management and Promotion of Electronic Government Services). **This means the Ruling will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all section references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2012).

and Aids to Interpretation ("QAI") for SIRVA following receipt of a flu vaccine. *Id.* at 5-6 (citing 42 C.F.R. §§ 100.3(a)(XIV)(B), (c)(10(i-iv)). Respondent further agrees that the case was timely filed, that the vaccine was received in the United States, and that petitioner satisfies the statutory six-month sequela requirement by suffering the residual effects or complications of her injury for more than six months. *Id.* at 6 (citing Vaccine Act Section 11(c)(D)(I)).

In view of Respondent's position and the evidence of record, I find that Petitioner is entitled to compensation.

IT IS SO ORDERED.

<u>s/Brian H. Corcoran</u>
Brian H. Corcoran
Chief Special Master